# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13689

_____

SARAH E. THOMPSON,
EDWARD T. METZ,

                                         Plaintiffs-Appellants,

*versus*

GOVERNOR OF THE STATE OF GEORGIA,
GEORGIA SECRETARY OF STATE,
BULLOCH COUNTY BOARD OF ELECTIONS,
CHAIRWOMEN, BULLOCH COUNTY BOARD
OF ELECTIONS,
JIM BENTON,
in his official capacity as member of the
Bulloch County Board of Elections, et al.,

                                         Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-04987-MHC

_____

ORDER:

The out of time motion for an extension of time to and including March 20, 2025 to file Appellees' response brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE