# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13689

_____

SARAH E. THOMPSON,
EDWARD T. METZ,

                                    Plaintiffs-Appellants,

*versus*

GOVERNOR OF THE STATE OF GEORGIA,
GEORGIA SECRETARY OF STATE,
BULLOCH COUNTY BOARD OF ELECTIONS,
CHAIRWOMEN, BULLOCH COUNTY BOARD
OF ELECTIONS,
JIM BENTON,
in his official capacity as member of the
Bulloch County Board of Elections, et al.,

                                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-04987-MHC

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 3, 2025

For the Court: DAVID J. SMITH, Clerk of Court